IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00073-PSF-MJW

SUREVOID PRODUCTS, INC.,

      Plaintiff,

v.

VOIDFORM INTERNATIONAL, LTD.,

      Defendant.

---

## ORDER TO RESET SCHEDULING CONFERENCE

---

      This matter is before the Court *sua sponte*.  The Rule 16 Scheduling Conference set for March 3, 2006 at 8:30 a.m. is RESET to March 3, 2006 **at 1:30 p.m.**

      DATED: February 6, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____

                                        Phillip S. Figa
                                        United States District Judge