IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00073-PSF-MJW

SUREVOID PRODUCTS, INC.,

    Plaintiff,

v.

VOIDFORM INTERNATIONAL, LTD.,

    Defendant.

## ORDER VACATING SCHEDULING CONFERENCE

    This matter is before the Court on plaintiff's Motion to Vacate Scheduling Conference (Dkt. # 8).  For good cause shown, the Court hereby ORDERS that the scheduling conference set for March 3, 2006 at 1:30 p.m. is VACATED.

    DATED: March 2, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge